David W. Fassett (DWF 1636)
ARSENEAULT & FASSETT, LLP
560 Main Street
Chatham, NJ 07928
(973) 635-3366
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANK M. GARGIULO & SON, INC., <br><br> Plaintiff, <br><br> v. <br><br> BENSI RESTAURANT GROUP, INC., et al., <br><br> Defendants. | Civil Action No. 14-3285 (ES) (JAD) |

## CONSENT ORDER REGARDING BRIEFING

THIS MATTER having come before the Court on the parties' request to determine briefing dates relating to the Amended Complaint [DE 13], and Plaintiff's Memorandum of Law in Further Support of its Application for a Preliminary Injunction, and supporting affidavit [DE 14; 15]; and the Court having reviewed the matter, and all counsel having consented to the form and substance of this Order, and for good cause shown;

IT IS on this ___ day of June, 2014,

ORDERED as follows:

1. Defendants shall file and serve their response to the Amended Complaint [DE 13], or a motion to dismiss, no later than July 11, 2014;

2.  Defendants shall file and serve their reply to Plaintiff's Memorandum of Law in Further Support of its Application for a Preliminary Injunction, and supporting Affidavit [DE 14; 15] no later than July 11, 2014;

3.  If Defendants file a motion to dismiss, Plaintiff shall file any opposition papers to the motion no later than July 18, 2014.

_____
Honorable Esther Salas, U.S.D.J.

CONSENTED TO AS TO FORM AND SUBSTANCE:

WILSON HARVEY BROWNDORF, LLP
Attorneys for Plaintiff

By:   s/ Aarti A. Shah               Dated: June 16, 2014


ARSENEAULT & FASSETT, LLP
Local Counsel for Defendants

By:   s/ David W. Fassett             Dated: June 16, 2014

MEUERS LAW FIRM, PI
Attorneys for Defendants
(Pro Hac Vice forthcoming)

By:   s/ Lawrence H. Meuers           Dated: June 16, 2014

# ARSENEAULT & FASSETT, LLP

| | | |
|---|---|---|
| JACK ARSENEAULT<br>DAVID W. FASSETT | ATTORNEYS AT LAW<br><br>560 MAIN STREET<br>CHATHAM, NEW JERSEY 07928<br>(973) 635-3366<br>FAX (973) 635-0855<br>EMAIL info@af-lawfirm.com | JOHN J. ROBERTS⁺<br><br>*Of Counsel*<br>THOMAS M. LENNEY⁺⁺<br><br>+ ALSO ADMITTED IN NEW YORK<br>++ALSO ADMITTED IN MICHIGAN |

June 16, 2014

**VIA ECF**

Honorable Esther Salas, U.S.D.J.
Martin Luther King, Jr. U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    RE:   **Frank M. Gargiulo & Son, Inc. v. Bensi Restaurant Group, Inc., et al.
            Civil No. 14-3285 (ES) (JAD)**

Dear Judge Salas:

    We are local counsel for defendants. Per my telephone conversation this morning with Your Honor's law clerk, we respectfully submit herewith a proposed consent order prescribing an amended briefing schedule in light of plaintiff's amended complaint filed June 10, 2014, [Doc. 13], which effectively rendered moot defendants' motion to dismiss the original complaint filed June 6, 2014 [Doc. 12]. Plaintiff's counsel has consented to the substance and form of this proposed Order. Should the Court approve, please cause the Order to be entered on ECF.

    Thank you.

                                                                       Respectfully,

                                                                       s/ David W. Fassett

Enclosure

cc:    Aarti A. Shah, Esq. (w/encl.) (ECF)
        Lawrence H. Meuers, Esq. (w/encl.) (Email)